COMMONWEALTH of Pennsylvania,
Respondent

v.

Kathy WEISS, Petitioner

No. 139 EAL 2017

Supreme Court of Pennsylvania.

August 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Nancy NICOLAOU and Nicholas Nicolaou, Petitioners

v.

James J. MARTIN, M.D.; Louise A. Dillonsynder, CRNP, Jeffrey D. Gould, M.D., St. Luke's Hospital, St. Luke's Hospital and Health Network, St. Luke's Hospital Union Station Medical Surgical Clinic d/b/a St. Luke's Southside Medical Center, St. Luke's Orthopaedic Surgical Group, and Nazareth Family Practice, Respondents

No. 58 MAL 2017

Supreme Court of Pennsylvania.

August 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of August, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioners, are:

a. Did the Trial Court err in granting Respondents' Motion for Summary Judgment and holding that Petitioners' medical malpractice action was time barred under 42 Pa.C.S. § 5524(2) and did not meet the Discovery Rule Exception when Plaintiff did not, and was financially unable to, confirm Respondents' negligent misdiagnosis until final medical testing confirmed she had Lyme Disease on February 13, 2010?

b. Did the Trial Court abuse its discretion in granting Respondents' Motion for Summary Judgment when there was a genuine issue of material fact, which should be presented to a jury, as to whether Petitioners' medical malpractice action is tolled from the running of the Statute of Limitations under 42 Pa.C.S. § 5524(2) by the Discovery Rule?

Justice Wecht did not participate in the consideration or decision of this matter.

B.A.B., Petitioner

v.

J.J.B., Respondent

No. 494 MAL 2017

Supreme Court of Pennsylvania.

August 21, 2017

## ORDER

PER CURIAM

AND NOW, this 21st day of August, 2017, the Petition for Allowance of Appeal is DENIED.

Melvin AMODEO, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee

No. 11 WAP 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Lance B. RUCKER, Petitioner

No. 157 WAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM:

AND NOW, this 22nd day of August, 2017, the Order of the Commonwealth Court is hereby AFFIRMED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Dwight L. GRAY, Jr., Petitioner

No. 141 WAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is DENIED.

IN the INTEREST OF D.F., a Minor

Petition of: S.S., Natural Mother

No. 274 WAL 2017

Supreme Court of Pennsylvania.

August 22, 2017